**Terry WILLIAMS, Appellant,**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

No. WD 75709.

Missouri Court of Appeals, Western District.

July 30, 2013.

Terry Williams, Kansas City, MO, Appellant, pro se.

Ninion S. Riley, Jefferson City, MO, for Respondent.

Before Division III: LISA WHITE HARDWICK, Presiding Judge, and MARK D. PFEIFFER and CYNTHIA L. MARTIN, Judges.

### Order

PER CURIAM:

Terry Williams ("Williams") appeals from a decision by the Labor and Industrial Relations Commission, which dismissed as untimely Williams's application for review after Williams was denied unemployment benefits. Finding no error, we affirm in this per curiam order and have provided the parties with a legal memorandum explaining our ruling today. Rule 84.16(b).